[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14938
_____

D.C. Docket No. 6:11-cv-00293-JA-KRS

JAMES EDWARD BLANCK,
an individual,

Plaintiff - Counter Defendant - Appellant,

versus

ALTAMONTE SPRINGS POLICE DEPARTMENT,
an agency of the State of Florida, et al.,

Defendants,

KEVIN ACOSTA,
in his individual and official capacity,
JAMES WOLFE,
in his individual and official capacity,
JUSTIN LEMIEUX,
in his individual and official capacity,
CARL RENTFRO,
in his individual and official capacity,
MICHELLE CHAPMAN,
an individual, et al.,

Defendants - Appellees,

DANIEL SMITH,
an individual,

Defendant - Counter Claimant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 24, 2013)

Before BARKETT, MARCUS, and HILL, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered oral argument of the parties, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

**AFFIRMED.**